UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **HERMAN PRICE, et al.,** | : | Case No. 09-CV-0118 |
| Plaintiffs, | : | Judge Boyko |
| v. | : | |
| **LEE LUCAS, et al.** | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **HERMAN PRICE,** | : | Case No. 10-CV-1673 |
| Plaintiff, | : | Judge Oliver |
| v. | : | |
| **UNITED STATES OF AMERICA** | : | |
| Defendants. | : | |

## JOINT CONSENT MOTION TO CONSOLIDATE

The plaintiff, Herman Price, and the defendant the United States of America, by and through their respective attorneys, pursuant to FED. R. OF CIV. P. 42(a) and Local Rule 3.1(b)(3), move for consolidation of <u>Herman Price et al., v. United States, et. al.</u>, Civ. No. 09-CV-0118 (Judge Boyko) with <u>Herman Price v. United States</u>, Civ. No. 10-CV-1673 (Judge Oliver). In support of this motion, the parties state as follows:

1. Rule 42(a) provides:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend

to avoid unnecessary costs or delay. FED. R. CIV. P. 42(a).

*See also Redmon v. Sumitomo Marine Mgmt. (U.S.A.), Inc.,* 179 F. Supp. 2d 787, 792 (N.D. Ohio 2001) (A court should consolidate cases if they "involve a common party and common issues of fact," the costs and benefits weigh in favor of consolidation, and no prejudice results to the party opposing consolidation).

2. Plaintiff has filed two causes of action that involve the same core set of facts and name the United States as a defendant: <u>Herman Price et al. v. Lee Lucas, et. al.</u>, Civ. No. 09-CV-0118 (Judge Boyko), and <u>Herman Price, v. United States</u>, Civ. No. 09-CV-1673 (Judge Oliver).

3. Each complaint arises from the indictment, arrest and prosecution of Plaintiff Price in 2005. The first complaint (09-CV-0118) asserts conspiracy, constitutional claims, and other legal claims against the individuals (and their employers) involved in Mr. Price's criminal investigation, arrest and prosecution, under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The second complaint (09-CV-1673) asserts claims arising from the same events against the United States under the Federal Tort Claims Act. 28 U.S.C. § 1346(b).

4. Under Local Rule 16.3(c)(1)(C)(iii), these two cases are "related cases" because they involve substantially the same facts.

5. Plaintiff, however, inadvertently neglected to designate the cases as related upon filing the second complaint. As a result, the two cases are now set before two different judges.

6. In the interest of judicial economy, plaintiff and the United States, with consent of all effected parties, now move to have the two cases consolidated. The defendants in the earlier case, other than the United States, consent to the request for consolidation.

WHEREFORE, the parties respectfully move for consolidation of <u>Herman Price et al., v. United States, et. al.</u>, Civ. No. 09-CV-0118 (Judge Boyko) with <u>Herman Price v. United States</u>, Civ. No. 10-CV-1673 (Judge Oliver).

Respectfully submitted,

| For the Plaintiff: | For the United States: |
|---|---|
| /s/   <u>Debra Loevy-Reyes</u> | |
| | TONY WEST |
| Jon Loevy | Assistant Attorney General |
| Debra Loevy-Reyes | |
| LOEVY & LOEVY | PHYLLIS J. PYLES |
| 312 North May, Suite 100 | Director, Torts Branch |
| Chicago, IL 60607 | |
| (312) 243-5900 | MARY M. LEACH |
| debra@loevy.com | Assistant Director, Torts Branch |
| |  s/Lawrence Eiser |
| | LAWRENCE EISER |
| | Trial Attorney |
| | U.S. Department of Justice |
| | Civil Division, Torts Branch |
| | 1331 Pennsylvania Avenue, Room 8076N |
| | Washington, DC 20004 |
| | (202) 616-4260  Fax: (202- 616-5200 |
| | Larry.Eiser@usdoj.gov |
| | |
| |  s/John Woodcock |
| | JOHN WOODCOCK |
| | Trial Attorney |
| | U.S. Department of Justice Civil Division, Torts Branch |
| | 1331 Pennsylvania Avenue, Room 8048N |
| | Washington, DC 20004 |
| | (202) 616-4233  Fax: (202)- 616-5200 |
| | Jack.Woodcock@usdoj.gov |

CARTER M. STEWART
United States Attorney


 s/ Jan M. Holtzman
JAN M. HOLTZMAN (0017949)
Assistant U.S. Attorney
221 E. Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6972
Jan.Holtzman@usdoj.gov

s/Gerald F. Kaminski
GERALD F. KAMINSKI (0012532)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-6972
Gerald.Kaminski @usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| HERMAN PRICE, et al., | : | Case No. 09-CV-0118 |
|---|---|---|
| Plaintiffs, | : | Judge Boyko |
| v. | : | |
| LEE LUCAS, et al., | : | |
| Defendants. | : | |

| HERMAN PRICE, | : | Case No. 10-CV-1673 |
|---|---|---|
| Plaintiff, | : | Judge Oliver |
| v. | : | |
| UNITED STATES OF AMERICA | : | |
| Defendants. | : | |

## **ORDER**

Upon consideration of the Joint Consent Motion for Consolidation and for good cause shown, it is hereby ordered that the above-captioned cases are consolidated.

SO ORDERED.

_____
United States District Judge